JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MICHELLE WILSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-05281 RGK (RAOx)<br>[*Los Angeles County Superior Court Case No.: 22AVCV00432*]<br><br>[Assigned to Hon. R. Gary Klausner, District Judge; Hon. Rozella A. Oliver, Magistrate Judge]<br><br>[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND [13]<br><br>Complaint Filed:  June 17, 2022 |

　　　　The Court, having read and considered the Parties' Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and to Remand, hereby ORDERS as follows:

## I.  BACKGROUND

　　　　On or about June 17, 2022, Plaintiff MICHELLE WILSON (hereinafter "Plaintiff") commenced the above-entitled civil action in the Superior Court for the County of Los Angeles by filing a Complaint therein entitled *Michelle Wilson v. Dollar Tree Stores, Inc. and DOES 1 to 100, inclusive,* Case No. 22AVCV00432.

///

- 1 -

**ORDER GRANTING THE PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND**

Plaintiff's Complaint for personal injury arises from an alleged incident on July 6, 2020, at defendant Dollar Tree Stores, Inc.'s ("Dollar Tree") store in Palmdale, California.

On November 30, 2020, plaintiff, by and through her counsel of record, sent a letter to Defendant which demanded payment from Defendant in an amount in excess of $75,000.00. Based on this, Dollar Tree determined that the amount in controversy exceeded the $75,000.00 statutory minimum. Accordingly, Dollar Tree removed the matter to federal court pursuant to 28 U.S.C. §§1332, 1441, and 1367, on July 29, 2022.

The parties have now agreed and stipulated to limit any and all recovery of damages by plaintiff MICHELLE WILSON to $74,999.99 or less, as evidenced by the Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and To Remand, executed by plaintiff MICHELLE WILSON and defendant DOLLAR TREE STORES, INC., by and through their attorneys of record.  Accordingly, the parties request an order from this Court remanding the case to the Los Angeles County Superior Court, Case No. 22AVCV00432.

## II. ANALYSIS

United States Code, Title 28, Section 1447(c), provides that "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case *shall be remanded*."  (Emphasis added).  In light of the parties' stipulation limiting any and all recovery by Plaintiff to $74,999.99 or less, this Court lacks subject matter jurisdiction and must, therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c).  *See Bruns v. NCUA* 122 F.3d 1251, 1257 (9th Cir. 1997) ("Section 1447(c) is mandatory, not discretionary.")

///
///
///
///

### III. ORDER OF THE COURT

1. Plaintiff's total recovery, if any, from Defendant Dollar Tree Stores, Inc., for any injuries, damages, harms, or losses resulting from the alleged incident that occurred on Defendant's premises on or about July 6, 2020, and which are the subject of the within action (including formerly Los Angeles County Superior Court Case No.: 22AVCV00432) (the "Litigation), including but not limited to economic and non-economic damages as well as any award of attorneys' fees and costs of suit (including any award of costs for the services of expert witnesses), is hereby capped at $74,999.99.

2. If any judgment or award, entered in her favor and against Defendant Dollar Tree Stores, Inc., in the Litigation should exceed $74,999.99, inclusive of any award of attorneys' fees and costs of suit (including any award of costs for the services of expert witnesses) Plaintiff has knowingly and voluntarily waived the right to claim that portion of her final judgment or award which exceeds $74,999.99.

3. Should any judgment or award, inclusive of any award of attorneys' fees and costs of suit (including any award of costs for the services of expert witnesses) be entered in her favor and against Defendant Dollar Tree Stores, Inc., in the Litigation, in excess of $74,999.99, Plaintiff shall execute any necessary documents to reduce any such award or judgment to $74,999.99, and is barred from executing on any amount of the award or judgment in excess of $74,999.99.

///
///
///

4. Pursuant to the parties' Stipulation, because this matter no longer exceeds $75,000.00, this Court no longer has subject matter jurisdiction and the matter is hereby REMANDED to the Superior Court for the State of California, County of Los Angeles, Case No.: 22AVCV00432. This Order shall be accorded full force and effect in the Superior Court of the State of California, County of Los Angeles, Case No.: 22AVCV00432.

5. All pending dates in the Federal action are hereby vacated.

**IT IS SO ORDERED.**

Dated: **August 23**, 2022

Hon. R. Gary Klausner
United States District Court Judge